In the Matter of the Estate of LEONARD S. WHITTIER, Deceased.

LEWIS HENRY, as Executor of LEONARD S. WHITTIER, Deceased, Appellant; STATE TAX COMMISSION, Respondent.

Argued January 10, 1940; decided January 25, 1940.

*William Flannery* for appellant.

*Harry T. O'Brien, Jr.,* and *Mortimer M. Kassell* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.